■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TAALIB MUHAMMAD, Also Known as THOMAS LARKIN, Also Known as THOMAS MILLS, Also Known as TIMOTHY NORWOOD, Appellant. [714 NYS2d 674] —Judgment, Supreme Court, New York County (Rena Uviller, J.), rendered December 9, 1998, convicting defendant, after a jury trial, of attempted burglary in the second degree, attempted criminal trespass in the second degree and resisting arrest, and sentencing him, as a second felony offender, to concurrent terms of 7 years, 90 days and 1 year, respectively, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. The requisite intent could be reasonably inferred from the circumstances of defendant's belligerent efforts to enter the building.

We perceive no abuse of discretion in sentencing. Concur—Rosenberger, J. P., Williams, Wallach, Saxe and Buckley, JJ.

■ ERIC SMALL, Respondent, v NIELS LAUERSEN, Defendant, and LENOX HILL HOSPITAL, Appellant. [714 NYS2d 674] —Order, Supreme Court, New York County (Stanley Sklar, J.), entered April 30, 1999, which, in an action for medical malpractice, denied defendant-appellant hospital's motion for summary judgment dismissing the complaint as against it, unanimously affirmed, without costs.

An issue of fact exists as to whether defendant hospital failed to follow plaintiff's doctor's orders by not performing a second sonogram (*see, Collins v New York Hosp.*, 49 NY2d 965). Plaintiff's doctor's testimony that his treatment would have been the same regardless of the results of a second sonogram raises an issue of credibility inappropriate for summary judgment treatment. The foregoing is not to be understood as a limitation of issues of fact for trial. Concur—Rosenberger, J. P., Williams, Wallach and Buckley, JJ.